UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THE SNOWBIRD II CONDOMINIUMS ASSOCIATION, INC. | ) ) | Case No. 22-13181 TBM |
| | ) | Chapter 11 |
| EIN: 84-0853547 | ) | Subchapter V |
| | ) | |
| Debtor. | ) | |

**ORDER CONFIRMING FIRST AMENDED SUB-CHAPTER V PLAN OF REORGANIZATION DATED DECEMBER 20, 2022 AND ORDER FOR DEBTOR TO SERVE NOTICE OF CONFIRMATION ORDER**

The *First Amended Sub-Chapter V Plan of Reorganization Dated December 20, 2022* (Docket No. 89, the "Plan") filed by The Snowbird II Condominiums Association, Inc. (the "Debtor"), is before the Court for confirmation. The Court has considered the "Declaration of Reland J. Guenther in Support of First Amended Sub-Chapter V Plan of Reorganization Dated December 20, 2022" confirmation (Docket No. 98, Exhibit A, the "Declaration"), the Ballot Report (Docket No. 97) filed by the Debtor and the record in this case. Accordingly, the Court FINDS as follows:

A. That the Debtor has complied with all applicable provisions of Chapter 11 of the Bankruptcy Code, the Plan meets the requirements of 11 U.S.C. §§ 1190, 1191(a) and 1129(a), and the Debtor has complied with the same and the Orders of this Court.

B. The provisions of Chapter 11 of the Bankruptcy Code have been complied with in that the Plan has been proposed in good faith and not by any means forbidden by law.

C. In support of confirmation of the Plan, the Debtor proffered the Declaration which Declaration provides an evidentiary predicate for confirmation of the Plan.

D. Creditors and Parties in interest voted in favor of the Plan.

E. No objections to confirmation of the Plan have been filed with the Court.

Accordingly, the Court:

ORDERS that:

1. The Plan is hereby CONFIRMED.

2. Except as provided in the Plan, upon the Effective Date of the Plan, the Debtor is discharged of all debts to the extent provided for in 11 U.S.C. § 1141.

3. Within 14 days of substantial consummation of the Plan, the Debtor shall comply with 11 U.S.C. § 1183(c)(2).

4. The Debtor shall forthwith serve a notice of the entry of this Order on all creditors and parties in interest in this case and file a certificate of service and compliance with this Order by **FEBRUARY 9, 2023**.

DATED this 7th day of February, 2023.

BY THE COURT:

Thomas B. McNamara
United States Bankruptcy Judge