# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THE SNOWBIRD II CONDOMINIUMS ASSOCIATION, INC. | ) ) | Case No. 22-13181 TBM |
| | ) | Chapter 11 |
| EIN:  84-0853547 | ) | Subchapter V |
| | ) | |
| Debtor. | ) | |

## NOTICE BY REORGANIZED DEBTOR OF
## SUBSTANTIAL CONSUMMATION OF PLAN

The Snowbird II Condominiums Association, Inc., the reorganized debtor, notices the substantial consummation of the *First Amended Sub-Chapter V Plan of Reorganization Dated December 20, 2022* [ECF No. 89].

Dated: March 27, 2023.   Respectfully submitted,

LAW OFFICES OF KEVIN S. NEIMAN, PC

*/s/ Kevin S. Neiman*
Kevin S. Neiman, # 36560
999 18th Street, Suite 1230 S
Denver, CO  80202
Tel: (303) 996-8637
Fax: (877) 611-6839
E-mail: kevin@ksnpc.com

*Counsel to The Snowbird II Condominiums Association, Inc., Reorganized Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2023, I caused to be served by prepaid first class mail a copy of the foregoing on the parties and counsel on the attached service list, which is a copy of the court's Creditor Address Mailing Matrix for this case, obtained from PACER on March 27, 2023.

I HEREBY FURTHER CERTIFY that on March 27, 2023, I caused, via e-mail through CM/ECF, a true and correct copy of the foregoing to be served on all the following parties and counsel pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, which and who are set forth as follows:

- **John A. Berman** jab@jaberman.com, ericameiklemk@gmail.com
- **Mark Nelson** mark@nelsonlawfirm.net, ivy@nelsonlawfirm.net
- **David M. Rich** dmrich@comcast.net, sharon@kjblawoffice.com
- **Benjamin Sales** benjamin.a.sales@usdoj.gov
- **Harvey Sender** harveysender1@sendertrustee.com, hsender@ecf.axosfs.com;SPierce@sendertrustee.com
- **US Trustee** USTPRegion19.DV.ECF@usdoj.gov

      */s/ Kevin S. Neiman*
      Kevin S. Neiman

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 22-13181-TBM<br>District of Colorado<br>Denver<br>Mon Mar 27 11:01:08 MDT 2023 | Alligator Spa and Pool Service<br>3000 S Tejon St.<br>Englewood, CO 80110-1335 | Atrium Insurance Group<br>6970 S. Holly Circle, Suite 105<br>Centennial, CO 80112-1066 |
| John A. Berman<br>Law Office of John A. Berman<br>1737 Gaylord Street<br>Denver, CO 80206-1208 | Colorado Department Of Revenue<br>1881 Pierce St.<br>Bankruptcy Unit, Room 104<br>Lakewood CO 80214-3503 | Colorado Department of Revenue<br>1881 Pierce Street RM 72<br>Denver, CO 80214-3503 |
| Colorado Sewer<br>Service, Inc.<br>6000 W 13th Avenue<br>Lakewood, CO 80214-2109 | DLC Landscaping<br>123 Vallejo Street<br>Denver, CO 80223-1210 | David Rich, Esq.<br>Buechler Law Office<br>999 18th Street, Suite 1230 S<br>Denver, CO 80202-2414 |
| Denver Water<br>1600 W. 12th Avenue<br>Denver, CO 80204-3412 | Earl Johnson<br>8751 E. Hampden Ave., Suite B-2<br>Denver, CO 80231-4929 | Eldorado Homes<br>PO Box 1482<br>Parker, CO 80134-1401 |
| GFL Environmental<br>7373 Washington Street<br>Denver, CO 80229-6301 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jefferson County Treasurer<br>100 Jefferson County Parkway, #2520<br>Golden, CO 80419-0001 | Madeline Lia Duncan<br>7100 W. 44th Ave.<br>Suite 106<br>Wheat Ridge, CO 80033-4701 | Murray Wilkening<br>7691 Shaffer Parkway<br>Suite B<br>Littleton, CO 80127-3010 |
| Murray Wilkening, Esq.<br>Murray Wilkening, P.C.<br>7691 Shaffer Parkway, Suite B<br>Littleton, CO 80127-3010 | Kevin S. Neiman<br>999 18th St.<br>Ste., 1230 S<br>Denver, CO 80202-2499 | Mark Nelson<br>1740 N. High Street<br>Denver, CO 80218-1306 |
| PMI Denver Metro<br>3600 S. Yosemite Street, Suite 550<br>Denver, CO 80237-1858 | PMI Denver Metro2<br>9145 E. Kenyon Ave., Suite 100<br>Denver CO 80237-1828 | Reuben Zeller<br>PO Box 27335<br>Denver, CO 80227-0335 |
| David M. Rich<br>Buechler Law Office, LLC<br>999 18th Street<br>Ste 1230-S<br>Denver, CO 80202-2499 | Rueben Zeller<br>3345 S. Ammons<br>Unit 5101<br>Lakewood, CO 80227-4929 | Benjamin Sales<br>DOJ-Ust<br>1961 Stout Street<br>Ste 12-200<br>Denver, CO 80294-6004 |
| Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Harvey Sender<br>600 17th St.<br>Ste. 2800S<br>Denver, CO 80202-5428 |

```
The Nelson Law Firm                The Snowbird II Condominiums Association, In    Tobey & Johnston, P.C.
1740 N. High Street                9145 E. Kenyon Ave.                              56 Inverness Drvie East, Suite 103
Denver, CO 80218-1306              Suite 100                                        Englewood, CO 80112-5168
                                   Denver, CO 80237-1828


UCON Services                      US Trustee                                       Western States Property Services, Inc.
21021 E. Greenwood Place           Byron G. Rogers Federal Building                 8751 E. Hampden Ave., Suite B-2
Aurora, CO 80013-8961              1961 Stout St.                                   Denver, CO 80231-4921
                                   Ste. 12-200
                                   Denver, CO 80294-6004


(p)XCEL ENERGY                     Xfinity
ATTN ATTN BANKRUPTCY DEPARTMENT    c/o Comcast Cable Comms Mgt, LLC
PO BOX 9477                        8000 E. Iliff Ave.
MINNEAPOLIS MN 55484-0001          Denver, CO 80231-5317
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Xcel Energy
Po Box 9477
Po Box 9477
Minneapolis, MN 55484-9477
```


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)Christine Dickensheet          (u)Earl Johnson                                   (u)LEVIN SITCOFF WANEKA, P.C.
Dickensheet & Associates, Inc.



(u)The Nelson law Firm, LLC       (u)Reuben A Zeller                                End of Label Matrix
Denver                                                                              Mailable recipients    37
                                                                                    Bypassed recipients     5
                                                                                    Total                  42
```